ACCEPTED
11-17-00118-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
7/24/2017 11:54 AM
SHERRY WILLIAMSON
CLERK

IN THE ELEVENTH COURT OF APPEALS

FOR THE STATE OF TEXAS

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
07/24/2017 11:54:26 AM
SHERRY WILLIAMSON
Clerk

JOSE JACINTO AMAYA SOTELO

VS.                                                    NO. 11-17-00118-CR

THE STATE OF TEXAS

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUSTICES OF THE ELEVENTH COURT OF APPEALS:

COMES NOW, Jason Johnson, Movant herein, and files this, his *Motion to Withdraw As Counsel* and in support of said motion would show the Court the following:

I.

Appellant, Jose Jacinto Amaya Sotelo, has now retained by Keith S. Hampton, Attorney at Law, 1103 Nueces Street, Austin, Texas, 78701, telephone numbers (office) 512-476-8484, (cell) 512-762-6170, and (facsimile) 512-477-3580, State Bar No. 08873230, to represent him in this appellate proceeding.

WHEREFORE, PREMISES CONSIDERED, Movant prays the Court grant his motion to withdraw on the face of this pleading.

Respectfully submitted:

LAW OFFICES OF JASON M. JOHNSON, PLLC


*/s/ Jason Johnson*
By:  JASON JOHNSON
Attorney at Law
State Bar No: 25029637

315 Center Avenue
Brownwood, Texas 76801
(325) 643-2777
(325) 646-5534 (facsimile)
jason@jasonjohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Motion to Withdraw as Counsel* was delivered electronically to Elisha Bird, Brown County Assistant District Attorney, at Elisha.bird@browncountytx.org and to Keith S. Hampton at keithshampton@gmail.com and was mailed both regular U.S. Mail, postage paid, and Certified Mail Return Receipt Requested #7014 2120 0004 0082 0078, to Appellant, Jose Jacinto Amaya Sotelo at 1301 Durham, Brownwood, Texas, 76801.

Dated:  July 24, 2017.


*/s/ Jason Johnson*
JASON JOHNSON